UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MONJASA A/S,                                    :

                   Plaintiff,       :          07 CV 11345
                                                                      ECF CASE
   - against -                                 :

MARFUEL PTE. LTD.,                              :

                  Defendant.       :
----------------------------------------------------------X

**DISCLOSURE OF INTERESTED**
**PARTIES PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                     NONE.

Dated: December 18, 2007
       New York, NY

                                      The Plaintiff,
                                      MONJASA A/S,

                 By:
                                      Lauren C. Davies (LD 1980)
                                      Thomas L. Tisdale (TT 5263)
                                      TISDALE LAW OFFICES, LLC
                                      11 West 42nd Street, Suite 900
                                      New York, NY 10036
                                      (212) 354-0025 – phone
                                      (212) 869-0067 – fax
                                      ldavies@tisdale-law.com
                                      ttisdale@tisdale-law.com