```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONJASA A/S,

               Plaintiff,

    - against -

MARFUEL PTE. LTD,

               Defendant.

07 Civ. 11345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 24, 2008 at 4:30 p.m.**

SO ORDERED.

Dated:  New York, New York
        April 22, 2008

                                      John G. Koeltl
                              United States District Judge