TISDALE LAW OFFICES    Fax:2032541641    Jul 9 2008 17:02    P.01

| | | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067<br>TL@TISDALE-LAW.COM | **TISDALE**<br>**LAW OFFICES, LLC**<br>*New York, NY · Southport, CT* | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641<br>WWW.TISDALE-LAW.COM |

July 8, 2008

<u>Via Facsimile (212) 805-7912</u>
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-08
```

JUL 09 2008

Re:   Monjasa A/S v. Marfuel Pte. Ltd.
      Docket Number: 07 Civ. 11345
      Our Reference Number: 07-1794

Dear Honorable Sir:

We write to provide the Court with the status of the above-captioned case and to request a short adjournment of the pretrial conference scheduled for Thursday, July 24, 2008 at 4:30 p.m.

The undersigned will be out of the country that week and will be unable to attend. This is our <u>third</u> request for an adjournment.

We appreciate your Honor's indulgence in this request.

Respectfully yours,

Lauren C. Davies

dk

*After two adjournments, another lawyer should cover the Conference. The application for an adjournment is denied.*

*So ordered.*

*[signed] J.G. Koeltl*
*7/9/08   U.S.D.J.*